IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES YOAKUM, | |
| Plaintiff, | 4:12-CV-3073 |
| vs. | MEMORANDUM AND ORDER ON |
| JAMES STANDLEY AND ASSOCIATES, et al., | MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| Defendants. | |

The plaintiff, a non-prisoner, has filed an application to proceed in forma pauperis (filing 3). The plaintiff's application demonstrates that the plaintiff is eligible to proceed in forma pauperis.

IT IS ORDERED that plaintiff's application to proceed in forma pauperis is granted, and the complaint shall be filed without payment of fees.

Dated this 16th day of April, 2012.

BY THE COURT:

John M. Gerrard
United States District Judge